## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Doran MGRB II, LLC, | Case No. 21-CV-01989-ECT-ECW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| New Hampshire Insurance Company, | |
| Defendant. | |

Plaintiff Doran MGRB II, LLC ("Plaintiff") and Defendant New Hampshire Insurance Company ("Defendant"), by and through their undersigned counsel, stipulate and agree that the above-entitled matter has been fully settled and may be dismissed on its merits with prejudice, including all claims and counterclaims made, or which could have been made in this action, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

It is further stipulated and agreed that each party shall bear their own costs and disbursements, without any costs, interest, disbursements or attorneys' fees to any party, and that the Court, upon the filing of this Stipulation of Dismissal with Prejudice, may enter judgment in accordance herewith.

2

                                            **FABYANSKE WESTRA HART & THOMSON, P.A.**

Dated:  August 15, 2023        By:   /s/ Lucas T. Clayton
                                                  Dean B. Thomson (#0141045)
                                                  Jesse R. Orman (#0310244)
                                                  Lucas T. Clayton (#0391052)
                                                  333 South Seventh Street, Suite 2600
                                                  Minneapolis, MN 55402
                                                  Tel:  (612) 359-7600
                                                  Fax:  (612) 359-7602
                                                  dthomson@fwhtlaw.com
                                                  jorman@fwhtlaw.com
                                                  lclayton@fwhtlaw.com

                                              ATTORNEYS FOR PLAINTIFF

**GREENE ESPEL PLLP**

DATE: August 15, 2023    By: /s/ Jeanette M. Bazis
Jeanette M. Bazis (#0255646)
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Tel: (612) 373-0830
Jbazis@greeneespel.com

R. Douglas Morgan (admitted *pro hac vice*)
James W. Gunn III (admitted *pro hac vice*)
Carroll Warren & Parker PLLC
188 East Capitol Street, Suite 1200
Jackson, MS 39201
Tel: (601) 592-1000
dmorgan@cwplaw.com
tgunn@cwplaw.com

ATTORNEYS FOR DEFENDANT

087383\002\6519157.v1